

FILE COPY

RE: Case No. 15-0823                    DATE: 10/23/2015
    COA #: 12-15-00096-CV    TC#: j1402025
STYLE: IN THE MATTER OF M.W., A JUVENILE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702